IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:21-cv-00079-RJC-DCK

| | |
|---|---|
| LAUREN SMITH,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF NORTH CAROLINA CHARLOTTE, ROBERT McEACHNIE, in his individual and official Capacities, and the UNIVERSITY OF NORTH CAROLINA SYSTEM, through its Governing body, the BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA,<br><br>Defendants. | **THE UNIVERSITY OF NORTH CAROLINA AT CHARLOTTE AND THE UNIVERSITY OF NORTH CAROLINA SYSTEM'S MOTION TO DISMISS**<br><br>**Fed. R. Civ. P. 12(b)(1), 12(b)(2), & 12(b)(6)** |

Defendants the University of North Carolina at Charlotte and The University of North Carolina System ("State Defendants"), through undersigned counsel, move to dismiss Plaintiff's complaint under rules 12(b)(1), (2), and (6) of the Federal Rules of Civil Procedure.

In support of this motion, State Defendants rely on the complaint and the brief in support of this motion.

This 1st day of March, 2021.

        JOSHUA H. STEIN
        Attorney General

        <u>/s/ Kenzie M. Rakes</u>
        Kenzie M. Rakes
        Assistant Attorney General
        NC State Bar No. 46349
        krakes@ncdoj.gov

        NC Department of Justice
        PO Box 629
        Raleigh, NC 27602
        Tel: 919-716-6920
        Fax: 919-716-6764

        *Attorney for Defendants the University of North Carolina at Charlotte and the University of North Carolina System*

# CERTIFICATE OF SERVICE

I certify that the foregoing **THE UNIVERSITY OF NORTH CAROLINA AT CHARLOTTE AND THE UNIVERSITY OF NORTH CAROLINA SYSTEM'S MOTION TO DISMISS** was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification to all registered CM/ECF users.

>Julie H. Fosbinder
>FOSBINDER LAW OFFICE
>840 Seneca Place
>Charlotte, NC 28210
>
>*Counsel for Plaintiff*
>
>Marc E. Gustafson
>Bell, Davis & Pitt, P.A.
>227 West Trade Street, Suite 1800
>Charlotte, NC 28202
>
>*Counsel for Robert McEachnie*

This 1st day of March, 2021.

>/s/ Kenzie M. Rakes
>Kenzie M. Rakes
>Assistant Attorney General