**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:21-cv-00079-RJC-DCK**

| | |
|---|---|
| **LAUREN SMITH,** | |
| **Plaintiff,** | |
| **v.** | |
| **THE UNIVERSITY OF NORTH CAROLINA CHARLOTTE, ROBERT McEACHNIE, in his individual and official Capacities, and the UNIVERSITY OF NORTH CAROLINA SYSTEM, through its Governing body, the BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA,** | **NOTICE OF SETTLEMENT** |
| **Defendants.** | |

Plaintiff, through counsel, gives Notice of Settlement in this matter. The parties will be executing settlement documents shortly and upon execution, Plaintiff will file a stipulation of dismissal.

Wherefore, Plaintiff requests 30 days to complete the documentation and to file the stipulation of dismissal.

This the 19th day of May, 2021.

/s/ Jenny L. Sharpe
Jenny L. Sharpe, Esq.
Counsel for Plaintiff
N.C. State Bar No. 13698

**J SHARPE, PLLC**
15720 Brixham Hill Avenue
Suite 300
Charlotte, North Carolina 28277
Telephone:   (704) 944-3272
Facsimile:    (704) 944-3201
Email:sharpeattorney@gmail.com

/s/ Julie H. Fosbinder
Julie H. Fosbinder, Esq.
Attorney for Plaintiff
N.C. State Bar No. 19400

**FOSBINDER LAW OFFICE**
840 Seneca Place
Charlotte, North Carolina  28210
Telephone: (704) 333-1428
 (704) 560-8600
Email:  Jhanfos2@gmail.com

2